# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting  (Last name, first, middle initial)<br><br>Land, Clay D. | 2. Court or Organization<br><br>Georgia-Middle District | 3. Date of Report<br><br>09/22/2001 |
|---|---|---|

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Nominee) | 5. Report Type (check type)<br><br>X  Nomination, Date ____ 09/21/2001<br><br>Initial ___   Annual ___   Final ___ | 6. Reporting Period<br><br>01/01/2000<br>to<br>09/21/2001 |
|---|---|---|

| 7. Chambers or Office Address<br><br>P.O. Box 2848<br><br>Columbus, Georgia 31902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| ☐ NONE (No reportable positions.) | | |
| 1 | Partner | Buchanan & Land, LLP |
| 2 | Director | Land, Inc. |
| 3 | Director | Lanboys, Inc. |

*Continued on next page*

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ☒ NONE (No reportable agreements.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | | |
| 1 | 1999 | Buchanan & Land, LLP | $261,000.00 |
| 2 | 1999 | Georgia General Assembly | $9,300.00 |
| 3 | 1999 | Columbus Bank & Trust Company | $5,600.00 |
| 4 | 2000 | Buchanan & Land, LLP | $110,000.00 |

*Continued on next page*

## SECTION HEADING.  (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART  1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Advisory Board | Columbus Bank & Trust Company |
| 5 | Director | Springer Opera House, Inc. |
| 6 | Director | Twin Cedars Youth Services, Inc. |
| 7 | Trustee | Trust 1 |

PART  3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000 | Georgia General Assembly | $8,700.00 |
| 6 | 2000 | Columbus Bank & Trust Company | 5,600.00 |
| 7 | 2001-Sep | Buchanan & Land, LLP (income through 9/21/2001) | $164,000.00 |
| 8 | 2001-Sep | Columbus Bank & Trust Company (through 9/21/2001) | $4,200.00 |
| 9 | 2000 | Buchanan & Land, LLP (Spouse) | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Land, Clay D. | 09/22/2001 |

## SECTION HEADING.  (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART  1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|

PART  3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

☐ **NONE** (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

☐ **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

☒ **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Land, Clay D. | 09/22/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  CB&T Bank(cash equivalents) | E | Interest | N | T | | | | | |
| 2  Salomon Smith Barney(mm) *(money market)* | E | Dividend | M | T | | | | | |
| 3  Synovus Securities(mm) *(money market)* | B | Dividend | K | T | | | | | |
| 4  AFLAC Common Stock | B | Dividend | M | T | | | | | |
| 5  AOL Common Stock | A | Dividend | J | T | | | | | |
| 6  Citigroup Common Stock | A | Dividend | K | T | | | | | |
| 7  Compaq Common Stock | A | Dividend | J | T | | | | | |
| 8  CISCO Common Stock | | None | J | T | | | | | |
| 9  Cousins Prop. Common Stock | A | Dividend | J | T | | | | | |
| 10  Delta Air Common Stock | A | Dividend | J | T | | | | | |
| 11  Disney Common Stock | A | Dividend | J | T | | | | | |
| 12  Delphi Automotive Common Stock | A | Dividend | J | T | | | | | |
| 13  EDS Common Stock | A | Dividend | K | T | | | | | |
| 14  Ford Common Stock | C | Dividend | K | T | | | | | |
| 15  Gillette Common Stock | A | Dividend | J | T | | | | | |
| 16  General Motors Common Stk. | A | Dividend | J | T | | | | | |
| 17  Home Depot Common Stock | A | Dividend | L | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Land, Clay D. | 09/22/2001 |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Intel Common Stock | A | Dividend | K | T | | | | | |
| 19  Japanese Equity Fund Stk. | | None | J | T | | | | | |
| 20  Coca-Cola Common Stock | B | Dividend | K | T | | | | | |
| 21  Lucent Common Stock | A | Dividend | J | T | | | | | |
| 22  Mirant Common Stock | A | Dividend | L | T | | | | | |
| 23  Munder Net Fund | | None | J | T | | | | | |
| 24  Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 25  Pfizer Common Stock | A | Dividend | K | T | | | | | |
| 26  Rock Tenn Common Stock | A | Dividend | J | T | | | | | |
| 27  Synovus Fin. Common Stock | C | Dividend | N | T | | | | | |
| 28  Suntrust Bank Common Stock | B | Dividend | L | T | | | | | |
| 29  Southern Co. Common Stock | D | Dividend | M | T | | | | | |
| 30  AT&T Common Stock | A | Dividend | J | T | | | | | |
| 31  TSYS Common Stock | A | Dividend | L | T | | | | | |
| 32  UPS Common Stock | A | Dividend | J | T | | | | | |
| 33  Visteon Common Stock | A | Dividend | J | T | | | | | |
| 34  World Com Common Stock | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Land, Clay D. | 09/22/2001 |

## VII. Page 3  INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  Walmart Common Stock | A | Dividend | L | T | | | | | |
| 36  Lanboys, Inc. | B | Dividend | K | T | | | | | |
| 37  Land, Inc. | A | Dividend | J | T | | | | | |
| 38  Rental Property, Columbus, GA | C | Rent | M | T | | | | | |
| 39  Trust-CB&T(cash equiv) | C | Interest | M | T | | | | | |
| 40  Trust-Salomon(cash equiv) | B | Dividend | L | T | | | | | |
| 41  Trust-AFLAC Common Stock | A | Dividend | K | T | | | | | |
| 42  Trust-Bellsouth Common Stk. | B | Dividend | K | T | | | | | |
| 43  Trust-Citigroup Common Stk. | A | Dividend | J | T | | | | | |
| 44  Trust-Coca Cola Common Stk. | A | Dividend | K | T | | | | | |
| 45  Trust-Cousins Prop. Common | A | Dividend | J | T | | | | | |
| 46  Trust-Delta Air Common Stk. | A | Dividend | J | T | | | | | |
| 47  Trust-Exxon-Mobil Common | A | Dividend | J | T | | | | | |
| 48  Trust-First Union Common | A | Dividend | K | T | | | | | |
| 49  Trust-Ford Common Stock | B | Dividend | J | T | | | | | |
| 50  Trust-Home Depot Common | A | Dividend | K | T | | | | | |
| 51 | | | | | | | | | |

1 Inc/Gain Codes:  A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 52 Trust-Mid America Apt. Comm. | A | Dividend | J | T | | | | | |
| 53 Trust-Mirant Common Stock | A | Dividend | J | T | | | | | |
| 54 Trust-Pfizer Common Stock | A | Dividend | K | T | | | | | |
| 55 Trust-RJR Common Stock | A | Dividend | J | T | | | | | |
| 56 Trust-Southern Co. Common | B | Dividend | K | T | | | | | |
| 57 Trust-Suntrust Common Stock | A | Dividend | K | T | | | | | |
| 58 Trust-Synovus Common Stock | B | Dividend | K | T | | | | | |
| 59 Trust-Visteon Common Stock | A | Interest | J | T | | | | | |
| 60 Trust-World Com Common | A | Dividend | J | T | | | | | |
| 61 Trust-Southern Preferred | B | Dividend | K | T | | | | | |
| 62 Trust-Munic.Bond(Col.Reg) | B | Interest | K | T | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

1.   Clay Land is the trustee for the trust listed in the investments/trust section.


2.   Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the investments/trust section; but instead, the individual assets contained in the IRA's (cash equivalents and stocks) are included in the individual listings of cash equivalents and stocks in the investments/trust section.

| | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| FINANCIAL DISCLOSURE REPORT | Land, Clay D. | 09/22/2001 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*


1.   Clay Land is the trustee for the trust listed in the investments/trust section.


2.   Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the investments/trust section; but instead, the individual assets contained in the IRA's (cash equivalents and stocks) are included in the individual listings of cash equivalents and stocks in the investments/trust section.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Clay D. Land_     Date _9/22/2001_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# CLAY D. LAND

## FINANCIAL STATEMENT

### NET WORTH
### (9/21/2001)

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash | $ 425,000.00 | Real Estate Mortgage (Sch.C) | $25,000.00 |
| Listed Securities (Sch. A) | 941,000.00 | Accounts/Bills due | 10,000.00 |
| Real Estate (Sch. B) | 475,000.00 | | |
| Autos/Personal Property | 60,000.00 | | |
| Retirement Accounts | 360,000.00 | | |
| | | | |
| | | **Total Liabilities** | **$35,000.00** |
| | | **Net Worth** | **$2,226,000.00** |
| **Total Assets** | **$2,261,000.00** | Total Liabilities & net worth | $2,261,000.00 |

General Information:

No assets are pledged except real estate mortgage is secured by home.

I have never filed for bankruptcy.

I am named as a defendant in a lawsuit filed against my law firm by a pro se litigant who was our opponent in litigation that he filed against one of our clients. I was not involved in the underlying litigation that gave rise to the lawsuit, and no specific allegations have been made against me. We believe the lawsuit to be frivolous.

This financial statement includes assets and liabilities of my spouse and minor children.

Contingent Liabilities:

I have no contingent liabilities of which I am aware.

CLAY D. LAND

FINANCIAL STATEMENT
(9/21/2001)

SCHEDULE A
LISTED SECURITIES

| NAME OF SECURITY | NUMBER OF SHARES |
|---|---|
| AFLAC | 9,500 |
| AMERICA ONLINE | 200 |
| CITIGROUP | 463 |
| COMPAQ | 600 |
| CISCO | 200 |
| COUSINS PROPERTIES | 500 |
| DELTA AIRLINES | 400 |
| DISNEY | 700 |
| DELPHI AUTOMOTIVE | 139 |
| EDS | 100 |
| FORD MOTOR CO. | 2,315 |
| GILLETTE | 200 |
| GENERAL MOTORS | 200 |
| HOME DEPOT | 2,000 |
| INTEL | 1,200 |
| JAPANESE EQUITY FUND | 500 |
| COCA COLA | 1,000 |
| LUCENT | 400 |
| MIRANT | 2,322 |
| MUNDER NET FUNDS | 441 |
| MICROSOFT | 400 |
| PFIZER | 600 |
| ROCK TENN | 500 |
| SYNOVUS | 11,990 |
| SUNTRUST | 825 |
| SOUTHERN COMPANY | 5,844 |
| AT&T | 800 |
| TOTAL SYSTEM SERVICES | 4,800 |
| UNITED PARCEL SERVICE | 100 |
| VISTEON CORP. | 171 |
| WORLD COM | 676 |
| WALMART | 1,300 |
| | |
| | |

This schedule includes stocks owned in retirement accounts.